1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND 13  PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| 14  This Document Relates To: | |
| 15  *William Randolph Hall, Sr. vs. Pfizer Inc, et al.*<br>(06-2273 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 16 | |
| 17  *Roger Harper vs. Pfizer Inc, et al.*<br>(06-6023 CRB) | |
| 18  *Sandra Hawkins, et al. vs. Pfizer Inc, et al.*<br>(07-2218 CRB) | |
| 19 | |
| 20  *Leon Hendrix vs. Pfizer Inc, et al.*<br>(08-0704 CRB) | |
| 21  *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.*<br>(07-4383 CRB) | |
| 22 | |
| 23  *Charles Lee Holmes vs. Pfizer Inc, et al.*<br>(06-4211 CRB) | |
| 24  *Bruce Holzwarth vs. Pfizer Inc, et al.*<br>(07-3035 CRB) | |
| 25 | |
| 26  *David E. Huard vs. Pfizer Inc, et al.*<br>(08-0796 CRB) | |
| 27  *Clifford Jackson vs. Pfizer Inc, et al.*<br>(06-5042 CRB) | |
| 28 | |

-1-

| | |
|---|---|
| 1 | *Debbie Jackson, et al. vs. Pfizer Inc, et al.* (06-2605 CRB) |
| 2 | |
| 3 | *Ozzie Jackson vs. Pfizer Inc, et al.* (06-2274 CRB) |
| 4 | *Ronald Jacoby vs. Pfizer Inc, et al.* (07-4689 CRB) |
| 5 | |
| 6 | *Kathy Jewell vs. Pfizer Inc, et al.* (07-1355 CRB) |
| 7 | *Dorothy Johnson vs. Pfizer Inc, et al.* (06-5039 CRB) |
| 8 | |
| 9 | *Billie Jean Johnstone vs. G.D. Searle LLC, et al.* (07-4549 CRB) |
| 10 | |
| 11 | *John R. Jones vs. Pfizer Inc, et al.* (06-3899 CRB) |
| 12 | *Sylvester Jones vs. G.D. Searle LLC, et al.* (07-4550 CRB) |
| 13 | |
| 14 | *Robert K. Kiser II vs. Pfizer Inc, et al.* (06-4104 CRB) |
| 15 | *Frank Klinger vs. G.D. Searle LLC, et al.* (05-4739 CRB) |
| 16 | |
| 17 | *Alberta A. Kreitzer vs. Pfizer Inc, et al.* (08-2149 CRB) |
| 18 | *Vasudev Kulkarni vs. Pfizer Inc, et al.* (07-1528 CRB) |
| 19 | |
| 20 | *Bertha R. Lacy vs. Pfizer Inc, et al.* (06-7383 CRB) |
| 21 | *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et al.* (08-1856 CRB) |
| 22 | |
| 23 | *Thomas Lauer vs. Pfizer Inc, et al.* (08-2854 CRB) |
| 24 | |
| 25 | *Barbara Laver vs. Pfizer Inc, et al.* (08-3705 CRB) |
| 26 | *Kenneth Prouty, et al. vs. Pfizer Inc, et al.* (06-7631 CRB) |
| 27 | |
| 28 | *Vickie L. Lewis vs. Pfizer Inc, et al.* (06-4284 CRB) |

| | |
|---|---|
| 1 | *Robert L. Lippincott vs. Pfizer Inc, et al.* |
| 2 | (07-5018 CRB) |
| 3 | *John Scarcliff vs. G.D. Searle LLC, et al.* |
| 4 | (05-4454 CRB) |
| 5 | *Norma Matthias vs. Pfizer Inc, et al.* (06-7632 CRB) |
| 6 | *Elise Mayes vs. Pfizer Inc, et al.* |
| 7 | (08-3702 CRB) |
| 8 | *William D. McCluskey vs. Merck & Co. Inc, et al.* (07-3342 CRB) |
| 9 | *Phyllis McCord vs. G.D. Searle LLC, et al.* |
| 10 | (05-4738 CRB) |
| 11 | *Barbara Dyer, et al. vs. Pfizer Inc, et al.* (07-1317 CRB) |
| 12 | *Vince Mejer vs. Pfizer Inc, et al.* |
| 13 | (07-0237 CRB) |
| 14 | *James Byron McVay vs. Pfizer Inc, et al.* (07-0861 CRB) |
| 15 | *Alfred Melton vs. Pfizer Inc, et al.* |
| 16 | (06-2745 CRB) |
| 17 | *Richard McNabb, et al. vs. Pfizer Inc, et al.* (07-6450 CRB) |
| 18 | *Wilmer Merriweather vs. G.D. Searle LLC, et al.* (05-4452 CRB) |
| 19 | |
| 20 | *Rhoda Messer, et al. vs. Pfizer Inc, et al.* |
| 21 | (06-6588 CRB) |
| 22 | *Ronald Miller vs. Pfizer Inc, et al.* (09-0892 CRB) |
| 23 | *Linda Mirza vs. Pfizer Inc, et al.* |
| 24 | (06-3818 CRB) |
| 25 | *Carolyn Montiforte vs. Pfizer Inc, et al.* (07-4735 CRB) |
| 26 | *Henry C. Morris vs. Pfizer Inc, et al.* |
| 27 | (06-3686 CRB) |
| 28 | *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.* |

-3-

1. (09-0891 CRB)
2. *Patsy Murry, et al. vs. Pfizer Inc, et al.* (06-7438 CRB)
3. *Ed Narke vs. Pfizer Inc, et al.* (08-0260 CRB)
4. *Dian C. Neal vs. Pfizer Inc, et al.* (06-3900 CRB)
5. *Rosa M. Nelson vs. Pfizer Inc, et al.* (06-2275 CRB)
6. *Cliff Norwood vs. G.D. Searle LLC, et al.* (05-4451 CRB)
7. *Floyd Odom vs. Pfizer Inc, et al.* (07-5885 CRB)
8. *Joan J. Opel vs. Pfizer Inc, et al.* (07-4372 CRB)
9. *Mary Osteen vs. Pfizer Inc, et al.* (06-6928 CRB)
10. *Elvis Owens, et al. vs. Pfizer Inc, et al.* (06-5002 CRB)
11. *James Curtis Owens vs. Pfizer Inc, et al.* (06-1669 CRB)
12. *Marvin Palmer vs. Pfizer Inc, et al.* (06-6499 CRB)
13. *Albert Pearson vs. G.D. Searle LLC, et al.* (05-4455 CRB)
14. *R.V. Perkins vs. Pfizer Inc, et al.* (08-3699 CRB)
15. *Jo Anne Pierce vs. G.D. Searle LLC, et al.* (05-4492 CRB)
16. *Kirk Redenius vs. Pfizer Inc, et al.* (06-4901 CRB)
17. *Linda Redinger vs. Pfizer Inc, et al.* (07-0454 CRB)
18. *Tammy L. Ribble vs. Pfizer Inc, et al.* (06-7283 CRB)
19. *Zelma Riffle, et al. vs. Pfizer Inc, et al.* (06-6114 CRB)

*Tracy Ring vs. G.D. Searle LLC, et al.*
(06-0733 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10.16.2009    By: /s/ Navan Ward F.

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/22/2009

Hon. Charles R. Breyer
United States District Court